# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN JOSEPH BRUNO,<br>　　　　Petitioner,<br>　　v.<br>WILLIAM MUNIZ, Warden,<br>　　　　Respondent. | CASE NO. 8:17-CV-01850-SK<br>**JUDGMENT** |

Pursuant to the Opinion and Order Denying Petition, **IT IS ADJUDGED** that this habeas action is dismissed with prejudice.

DATED: January 6, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　STEVE KIM
　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE